# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

145201(63)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 145201
COA: 302017
Wayne CC: 10-007922-FH

JESSE LAWERENCE HOLT, a/k/a JESSE
LAWRENCE HOLT,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 7, 2013 order is considered, and it is GRANTED. We VACATE our order dated June 7, 2013. On reconsideration, the application for leave to appeal the April 10, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Florida v Jardines*, 569 US ___; 133 S Ct 1409; 185 L Ed 2d 495 (2013), and *Davis v United States*, 564 US __; 131 S Ct 2419; 180 L Ed 2d 285 (2011).

      CAVANAGH, J., would deny reconsideration.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



h0826

Clerk